# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE:  Thorn, Christopher and Crystal                              CASE NO.  12-50946

**DEBTOR(S)**

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the amended Chapter 13 Plan was mailed on August 24, 2012 to the creditor(s) indicated below, by mail:

                              /s/ David J. Porter
                              Petitioner/Attorney

Advanced Cash Services
PO Box 111
Maima, OK 74355

American General
C/O Asset Acceptance
PO Box 2036
Warren, MI 48090

Applied Bank
601 Delaware Ave
Wilmington, DE 19801

Baptist Health Systems
PO Box 461289
San Antonio, TX 78246

Boulder Credit Service
3290 W Big Beaver Rd Ste
Troy, MI 48084

Cap One
Po Box 85520
Richmond, VA 23285

Central Kentucky Medical
1401 Harrodsburg Road
Lexington, KY 40504

Check Advance
227 New Circle Road NE
Lexington, KY 40505

Convergent Outsourcing
800 Sw 39th St
Renton, WA 98057

Crdt Clearha
305 W Market St
Louisville, KY 40202

Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007

Credit Protection Asso
13355 Noel Rd Ste 2100
Dallas, TX 75240

Equable Ascent Financing
1120 West Lake Co
Buffalo Grove, IL 60089

Ertel Medicine And Peds
1520 Boonesborough Road
Winchester, KY 40391

Fifth-Third Bank
PO Box 630900
Cincinnati, OH 45263

Gemb/Walmart
PO Box 981400
El Paso, TX 75240

Gla Collection Co Inc
2630 Gleeson Lane
Louisville, KY 40299

HSBC
PO Box 179002
San Diego, CA 92177

Imagine
Po Box 105555
Atlanta, GA 30348

Insight Communications
2544 Palumbo Drive
Lexington, KY 40509

Integrity Advance
300 Creek View Road
Newark, DE 19711

Jefferson Capital System
16 Mcleland Rd
St Cloud, MN 56303

Kentucky Housing Corp.
1231 Louisville Ave
Frankfort, KY 40601

LVNV Funding
200 Meeting Street
Charleston, SC 29401

Lvnv Funding Llc
Po Box 740281
Houston, TX 77274

Nation Wide Cash
PO Box 1124
San Joesa, Costa Rica, 10102

Oxford Law
1210 Northbrook Drive
Trevose, PA 19053

Paragon Way Inc
2101 W Ben White Blvd
Austin, TX 78704

Quest Diagnostics
PO Box 1235
Elmsford, NY 10523

Sprint
PO Box 660075
Dallas, TX 75266

Time Warner
1615 Foxhaven Drive
Richmond, KY 40475

US Bank
PO Box 790179
St. Louis, MO 63179

Us Dep Ed
Po Box 5609
Greenville, TX 75403

Whitaker Bank
Pob 13010
Lexington, KY 40511

* Served via First Class Mail