# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:   Christopher Thorn   XXX-XX-9983
        Crystal Thorn   XXX-XX-5898
        306 Sarah Court
        Winchester, KY  40391

Case Number: 12-50946

## NOTICE OF ALLOWANCE OF CLAIMS

The Chapter 13 Trustee gives notice to the creditors listed below, debtor, and debtor's counsel, of the allowance of claims as follows.  To the extent the allowance of claims contradicts the treatment of any claim in the confirmed plan, this Notice shall constitute a modification of the plan pursuant to 11 U.S.C. 1329.  Any objection must be filed within 30 days from the date of this Notice, served on the trustee, and set for hearing.

At this time the trustee estimates that general unsecured creditors will receive 46.00% of the amount of their allowed claims.

### Schedule of Claims

| ID | Creditor Name | Claim Amount | Claimed Amount |
|---|---|---|---|
| 4 | AMERICAN INFOSOURCE<br>% INSOLVE RECOVERY, LLC<br>P O BOX 269093<br>OKLAHOMA CITY, OK  73126 | $2,384.96 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 0054<br>16-1  GEC/MW |
| 17 | AMERICAN INFOSOURCE<br>% INSOLVE RECOVERY, LLC<br>P O BOX 269093<br>OKLAHOMA CITY, OK  73126 | $1,881.35 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 9377<br>18-1  CAP ONE |
| 27 | AMERICAN INFOSOURCE<br>% INSOLVE RECOVERY, LLC<br>P O BOX 269093<br>OKLAHOMA CITY, OK  73126 | $864.77 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 7360<br>15-1  COB |
| 30 | AMERICAN INFOSOURCE<br>% INSOLVE RECOVERY, LLC<br>P O BOX 269093<br>OKLAHOMA CITY, OK  73126 | $565.37 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 8663<br>14-1  WFNNB/VS |
| 29 | AMERICAN INFOSOURCE LP<br>% MIDLAND FUNDING LLC<br>P O BOX 268941<br>OKLAHOMA CITY, OK  73126 | $896.95 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 0767<br>19-1  GEMB |

**Schedule of Claims**

| ID | Creditor Name | Claim Amount | Claimed Amount |
|---|---|---|---|
| 7 | BOULDER CREDIT SERVICE<br>3290 W BIG BEAVER RD 34<br>TROY, MI  48084-2903 | $951.51 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 2012<br>9-1   O/D FEES |
| 8 | CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $988.17 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 8304<br>8-1 |
| 16 | CREDIGY RECEIVABLES INC<br>% BECKET AND LEE LLP<br>ATTY/AGENT FOR CREDITOR<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $914.63 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 2866<br>5-1  FIRST SELECT/ASSOC |
| 6 | CVF<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603 | $130.41 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 6770<br>10-1  NCO |
| 38 | DEATRICK & SPIES PSC<br>P O BOX 4668<br>LOUISVILLE, KY  40204 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:   0.00<br>Acct No:<br>VALUED SERVICES OF KENTUCI |
| 25 | JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 953185<br>ST LOUIS, MO  63195-3185 | $629.12 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 7771<br>17-1  COMPUCREDIT/IMAGINE |
| 1 | KENTUCKY HOUSING CORPORATION<br>1231 LOUISVILLE ROAD<br>FRANKFORT, KY  40601 | $9,893.31 | PRE-PETITION ARREARAGE<br>Interest Rate:   0.00<br>Acct No: 4733<br>2-1  MTG-306 SARAH CT |
| 39 | KENTUCKY HOUSING CORPORATION<br>% GOLDBERG SIMPSON, LLC<br>9301 DAYFLOWER STREET<br>PROSPECT, KY  40059 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:   0.00<br>Acct No:<br>MTG CLM |
| 13 | NATIONAL CAPITAL MANAGEMENT<br>8245 TOURNMENT DRIVE<br>SUITE 230<br>MEMPHIS, TN  38125 | $341.38 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 1432<br>1-1  DILLARDS/GECRB |

## Schedule of Claims

| ID | Creditor Name | Claim Amount | Claimed Amount |
|---|---|---|---|
| 0 | PORTER, DAVID J.<br>PORTER LAW OFFICES<br>1795 ALYSHEBA WAY<br>SUITE 6102<br>LEXINGTON, KY  40509 | $2,901.00 | ATTORNEY FEE<br>Interest Rate:  0.00<br>Acct No: |
| 19 | PRECISION RECOVERY ANALYTICS, INC.<br>% CAVALRY ADVISORY SERVICES<br>500 SUMMIT LAKE DRIVE<br>SUITE 400<br>VALHALIA, NY  10595 | $534.53 | UNSECURED<br>Interest Rate:  0.00<br>Acct No: 5033<br>13-1 |
| 5 | QUANTUM3 GROUP LLC<br>P O BOX 788<br>KIRKLAND, WA  98083-0788 | $1,436.82 | UNSECURED<br>Interest Rate:  0.00<br>Acct No: 5439<br>11-1  MOMA/APPLIED CARD SYS |
| 32 | SPRINT NEXTEL- DISTRIBUTIONS<br>ATTN: BANKRUPTCY DEPT<br>P O BOX 3326<br>ENGLEWOOD, CO  80155 | $296.77 | UNSECURED<br>Interest Rate:  0.00<br>Acct No: 1183<br>3-1 |
| 40 | STOLL KEENON OGDEN, PLLC<br>% STOLL KEENON OGDEN PLLC<br>300 W VINE ST   STE 2100<br>LEXINGTON, KY  40507 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:  0.00<br>Acct No:<br>WHITAKER BANK, INC. |
| 26 | US BANK NA<br>% BANKRUPTCY DEPARTMENT<br>P O BOX 5229<br>CINCINNATI, OH  45201 | $684.20 | UNSECURED<br>Interest Rate:  0.00<br>Acct No: 4677<br>6-1 |
| 34 | US BANK NA<br>% BANKRUPTCY DEPARTMENT<br>P O BOX 5229<br>CINCINNATI, OH  45201 | $550.00 | UNSECURED<br>Interest Rate:  0.00<br>Acct No: 4677<br>7-1 |
| 36 | US DEPARTMENT OF EDUCATION<br>% PAYMENT CENTER<br>P O BOX 530260<br>ATLANTA, GA  30353-0260 | $4,120.23 | UNSECURED<br>Interest Rate:  0.00<br>Acct No: 5898<br>4-1  STUDENT LN |
| 10 | VALUED SERVICES OF KY, LLC<br>DBA- CHECK ADVANCE/ L. TYLER SPIES<br>DEATRICK & SPIES, P.S.C.<br>P O BOX 4668<br>LOUISVILLE, KY  40204-0668 | $638.25 | UNSECURED<br>Interest Rate:  0.00<br>Acct No: 26146<br>20-1  ISF |

**Schedule of Claims**

| ID | Creditor Name | Claim Amount | Claimed Amount |
|----|---------------|--------------|----------------|
| 2 | WHITAKER BANK<br>P O BOX 666<br>CLAY CITY, KY  40312 | $9,850.00 | VEHICLE CLAIM<br>Interest Rate:   6.25<br>Acct No: 0351<br>12-1  2009 DODGE CALIBER |
| 10,002 | WHITAKER BANK<br>P O BOX 666<br>CLAY CITY, KY  40312 | $1,222.63 | SPLIT CLAIM / UNSECURED<br>Interest Rate:   0.00<br>Acct No: 0351<br>Split Claim 12-1  2009 DODGE CAL |

Date:   January 12, 2013

/s/ BEVERLY BURDEN, TRUSTEE

Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527